**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**JUVENILE MALE, Defendant–**
**Appellant.**

**No. 06–50147.**

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted June 16, 2009.*

Filed June 22, 2009.

Roger W. Haines, Jr., Esq., USSD–Office of The U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Michael Petrik, Jr., Esq., FDSD–Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Juvenile Male appeals from the 24–month sentence imposed following the revocation of probation.

Juvenile Male has completed his custodial sentence and no additional term of supervision was imposed. Accordingly, Juvenile Male's appeal from the sentence must be dismissed as moot. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999).

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

